JS-6

FILED
CLERK, U.S. DISTRICT COURT

August 13, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES D. UPTON, | No. ED CV 15-01386-DDP (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| C. WOFFORD et al., | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Dated: August 12, 2015 _____

_____
DEAN D. PREGERSON
United States District Judge